FREDERICK C. FRIESS, by Guardian, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued November 29, 1893 ; decided December 19, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 7, 1893, which affirmed a judgment in favor of defendant entered upon a verdict and affirmed an order denying a motion for a new trial.

*Frank Hiscock* for appellant.

*D. F. McLennan* for respondent.

Agree to affirm ;  no opinion.
All concur, except FINCH, J., not voting.
Judgment affirmed.

---

EDITHE W. AUSTIN, as Administratrix, etc., Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Submitted November 29, 1893; decided December 19, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 8, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*William J. Kelly* for appellant.

*L. C. Whiton* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.